FISHER & PHILLIPS, LLP
JENNIFER A. FORNETTI (NBN 7644)
BRANDON A. BORN, ESQ. (NBN 15181)
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherphillips.com
E-Mail Address: bborn@fisherphillips.com
*Attorneys for Defendant Anytime Labor, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRIAN GRACE, an individual; | Case No: 3:26-cv-00145-CSD |
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANT ANYTIME LABOR, LLC'S STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT** |
| ANYTIME LABOR, LLC., a Nevada limited liability company, MODPACK SYSTEM LLC, a Texas limited liability company; TESLA, INC. a Delaware corporation, | |
| Defendants. | **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED that Defendant Anytime Labor, LLC, will have an extension of time up to and including **June 22, 2026**, in which to file a responsive pleading to Plaintiff's Complaint (ECF No. 1). This Stipulation is submitted and based on the following:

1. Defendant Anytime Labor, LLC. was previously served in this matter and currently understands that a responsive deadline is due May 22, 2026.

2. Fisher & Phillips LLP has been contacted regarding potential representation of Anytime Labor, LLC in this matter.

- 1 -

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 60296768.1

3. Fisher & Phillips LLP is currently conducting its internal conflict-check process and has not yet completed the steps necessary to formally appear as counsel for Anytime Labor, LLC.

4. Accordingly, Anytime Labor, LLC requires additional time to secure counsel, investigate Plaintiff's allegations, and respond to Plaintiff's Complaint.

5. The extension is being sought in good faith, in the interest of justice, and not for purposes of delay.

6. This is the parties' first request for an extension of time for Anytime Labor, LLC to respond to Plaintiff's Complaint.

7. The parties therefore stipulate and agree that Anytime Labor, LLC's deadline to respond to Plaintiff's Complaint shall be extended through and including **June 22, 2026**.

8. The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -

FP 60296768.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

9. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

| GREENBERG GROSS, LLP | FISHER & PHILLIPS, LLP |
|---|---|

/s/ Michael Burnette
JEMMA E. DUNN, ESQ.
MICHAEL A. BURNETTE, ESQ.
MATTHEW T. HALE, ESQ.
JOHN M. ORR, ESQ.
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive,
Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

/s/ Jennifer A. Fornetti
JENNIER A. FORNETTI, ESQ.
BRANDON A. BORN, ESQ.
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

May 22, 2026
_____
DATED

*FISHER & PHILLIPS LLP*
*300 S Fourth Street, Suite 1500*
*Las Vegas, Nevada 89101*

- 3 -

FP 60296768.1