# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN GRACE, an individual, | Case No.: 3:26-cv-00145-ART-CSD |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION TO WITHDRAW DEFENDANT ANYTIME'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDING** |
| ANYTIME LABOR, L.L.C., a Nevada limited liability company; MODPACK SYSTEM LLC, a Texas limited liability company; TESLA, INC., a Delaware corporation, | |
| Defendants. | |

Plaintiff Adrian Grace and Defendant Anytime Labor, LLC ("Anytime"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.      On June 22, 2026, Defendant Anytime filed its Motion to Compel Arbitration and Stay Proceeding (ECF No. 29), seeking an order compelling arbitration of Plaintiff's claims and a stay of the proceedings as to Anytime only.

-1-

2.     The parties have met and conferred and, having reached an agreement regarding the resolution of this matter, Anytime hereby agrees to withdraw the Motion to Compel Arbitration and Stay Proceeding (ECF No. 29) in its entirety, without prejudice.

3.     The parties agree that the withdrawal of the Motion shall not constitute a waiver of any rights, claims, defenses, or arguments that any party may have in this action, except as expressly agreed to by the parties.

4.     The parties further stipulate and agree that Anytime shall have up to and including **July 17, 2026** to file its Answer or otherwise respond to Plaintiff's Complaint.  This is Anytime's third request for an extension of this deadline; defense counsel needs additional time to review the facts and defenses.

5.     The parties respectfully request that the Court enter an order withdrawing ECF No. 29 from the Court's calendar and docket accordingly.

Dated this 1st day of July, 2026.

*/s/ Michael A. Burnette*

JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Adrian Grace*

*/s/ Scott M. Mahoney*

SCOTT M. MAHONEY
Nevada Bar No. 1099
FISHER & PHILLIPS
300 S Fourth Street, Suite 1500
Las Vegas, NV 89101

*Attorney for Defendant Anytime Labor, L.L.C.*

## ORDER

IT IS SO ORDERED.

_____

Anne R. Traum
United States District Judge

Dated: <u>July 1, 2026</u>

-2-

ORDER TO WITHDRAW DEFENDANT ANYTIME'S MOTION TO COMPEL ARBITRATION
AND STAY PROCEEDING