Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669
*Attorneys for Defendant Modpack System*

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRIAN GRACE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANYTIME LABOR, L.L.C., a Nevada limited liability company; MODPACK SYSTEM, LLC, a Texas limited liability company; TESLA, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:26-cv-00145-ART-CSD<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT MODPACK SYSTEM, LLC TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

Plaintiff Adrian Grace ("Plaintiff"), by and through his counsel, Michael Burnette, Esq. of Greenberg Gross, LLP and Defendant Modpack System, LLC ("Modpack"), by and through its counsel, Jarrod L. Rickard, Esq. of the law firm of Semenza Rickard Law, hereby stipulate to the following:

1. That Jarrod L. Rickard, Esq. filed a Notice of Appearance on behalf of Modpack on September 2, 2026;

2. That Modpack requires additional time to respond to the Complaint in light of the following: (i) Modpack's undersigned counsel was only recently retained on or about August 28, 2026; (ii) this matter involves novel issues of fact and law; (iii) Modpack's counsel has other client commitments; and

///

///

3. Therefore, Modpack shall have up to and including September 14, 2026, to file a response to Plaintiff's Complaint.

DATED this 2nd day of September, 2026.

GREENBERG GROSS LLP

*/s/ Matthew T. Hale*
Jemma E. Dunn, Esq., Bar No. 16229
Matthew T. Hale, Esq., Bar No. 16880
Michael Burnette, Esq., Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff Adrian Grace*

DATED this 2nd day of September, 2026.

SEMENZA RICKARD LAW

*/s/ Jarrod L. Rickard*
Jarrod L. Rickard, Esq., Bar No. 10203
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendant Modpack System, LLC*

**ORDER**

IT IS SO ORDERED.

September 2, 2026

DATED: ______________________

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803