FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
JENNIFER A. FORNETTI, ESQ.
Nevada Bar No. 7644
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
E-Mail Address: jfornetti@fisherphillips.com
*Attorneys for Defendant*

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ADRIAN GRACE, an individual,

Plaintiff,

vs.

ANYTIME LABOR, L.L.C., a Nevada liability company; MODPACK SYSTEM LLC, a Texas limited liability company; TESLA, INC, a Delaware corporation,

Defendant.

Case No: 3:26-cv-00145-ART-CSD

**DEFENDANT ANYTIME LABOR, LLC'S MOTION TO REMOVE JENNIFER A. FORNETTI (ONLY) AS COUNSEL FROM THE LIST OF COUNSEL FOR ANYTIME LABOR, LLC**

COMES NOW, Defendant, Anytime Labor, LLC. (hereinafter "Defendant"), hereby respectfully moves this Court to withdraw Jennifer A. Fornetti, Esq. as counsel of record.

Defendants continue to be represented by Scott M. Mahoney, Esq. as their counsel.

Attorney Jennifer A. Fornetti is no longer working on this matter. Good cause exists for this attorney's withdrawal because her withdrawal will not affect Defendants' interests, who continue to be represented by Fisher & Phillips LLP. Withdrawal will not delay the case, discovery, or any other existing deadline.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests this Court grant this Motion and allow Jennifer A. Fornetti to be removed as list of counsel for Anytime Labor LLC.

DATED this 15th day of September, 2026.

FISHER & PHILLIPS LLP

By: */s/ Jennifer A. Fornetti, Esq.*
Jennifer A. Fornetti, Esq.
Scott M. Mahoney, Esq.
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendant*

**IT IS SO ORDERED.**

**September 16, 2026**

**U.S. Magistrate Judge**

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101