JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Adrian Grace*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRIAN GRACE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANYTIME LABOR, L.L.C., a Nevada limited liability company; MODPACK SYSTEM LLC, a Texas limited liability company; TESLA, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 3:26-cv-00145-ART-CSD<br><br>**ORDER GRANTING STIPULATED REQUEST FOR CONTINUED EARLY NEUTRAL EVALUATION** |

Plaintiff Adrian Grace ("Plaintiff"), Defendant Anytime Labor, L.L.C. ("Anytime"), Defendant Modpack System LLC ("Modpack"), and Defendant Tesla, Inc. ("Tesla") (collectively, the "Parties"), through their counsel of record, stipulate and respectfully request as follows:

1. Under Local Rule 16-6, the Court assigned this case to the Early Neutral Evaluation ("ENE") Program and scheduled a virtual ENE before Magistrate Judge Carla Baldwin for August 13, 2026. [ECF No. 25].

2. The ENE was held on August 13, 2026 with Plaintiff, Tesla, and Anytime. At its

close, the participating parties could not negotiate a settlement at that time, and the case returned to the normal litigation track. [ECF No. 43].

3. Defendant Modpack, which did not take part in the August 13, 2026 ENE, appeared through counsel on September 2, 2026. [ECF Nos. 45, 46].

4. Having now developed the record further, and with all Defendants having appeared, the Parties believe a continued ENE session with the Court would be productive and could help resolve this matter before the parties incur the further cost of discovery, dispositive motions, and trial.

5. The Parties have met and conferred and are available on **December 10, 2026** and **December 17, 2026**. They respectfully request that the Court set a continued virtual ENE session on either date, or on another date convenient to the Court.

6. The Parties agree to comply with all attendance and ENE statement requirements in the Court's Order Scheduling Virtual Early Neutral Evaluation [ECF No. 25] and Judge Baldwin's Standing Order, or with any further order the Court issues for the continued session.

///

///

///

///

///

///

///

///

///

///

///

///

///

7. This stipulation is made in good faith and not for purposes of delay. It does not seek to change any deadline in the Amended Discovery Plan and Scheduling Order. [ECF No. 51].

Dated this 12th day of October, 2026.

*/s/ Michael A. Burnette*
GREENBERG GROSS LLP

JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff Adrian Grace*

*/s/ Derek R. Noack*
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

ANTHONY L. MARTIN
Nevada Bar No. 8177
DEREK R. NOACK
Nevada Bar No. 15074
10801 W. Charleston Blvd., Suite 500
Las Vegas, Nevada 89135

*Attorneys for Defendant Tesla, Inc.*

*/s/ Scott M. Mahoney*
FISHER PHILLIPS LLP

SCOTT M. MAHONEY
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

*Attorney for Defendant Anytime Labor, L.L.C.*

*/s/ Jarrod L. Rickard*
SEMENZA RICKARD LAW

JARROD L. RICKARD
Nevada Bar No. 10203
RACHAEL E. REBICH
Nevada Bar No. 17611
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Defendant Modpack System LLC*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: 10/14/2026